UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Moses B. Karngbaye,

Plaintiff,

vs.

Hanson Pipe and Products,
a Minnesota corporation, d/b/a
Hanson Spancrete,

Defendant.

Civil File No. 00-1987 MJD/JGL

**ORDER AMENDING CASE CAPTION**

---

Pursuant to the stipulation of the parties hereto, IT IS HEREBY ORDERED:

That the caption of this case be amended to read "Moses B. Karngbaye, Plaintiff, v. Hanson Spancrete Midwest, Inc., a Minnesota corporation, Defendant." The Clerk is directed to amend the docket accordingly.

BY THE COURT

Dated September 17, 2000.

The Honorable Jonathan Lebedoff
Magistrate Judge

FILED SEP 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______