UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1987 (MJD/JGL)

MOSES B. KARNGBAYE,

Plaintiff,

v.

**PRETRIAL ORDER**

HANSON PIPE AND PRODUCTS,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two days;

2. Plaintiff shall disclose all expert witnesses by April 1, 2001, and reports by May 1, 2001; Defendant shall disclose all expert witnesses by May 1, 2001, and reports by June 1, 2001;

3. The period during which the parties may seek discovery shall be completed by July 1, 2001;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to August 1, 2001;

5. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to November 1, 2001; and

6. This case will be considered "ready for trial" as of November 1, 2001.

DATED: October 20, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed OCT 2 0 2000
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________